# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

Index No. 04 CV 8472

FONOVISA, INC., a California corporation, ET AL,
                    Plaintiffs,
-against-

SONIA OTERO,
                    Defendant.

State Of New York, County of New York SS.:
JOLANTYNA CAGNEY
Being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides in New York.

That on the 6TH day of NOVEMBER 2004, At: 3:05 PM

At: 1 MARBLEHILL AVENUE, APT. 4G, 4TH FLOOR, BRONX, NEW YORK 10463

Deponent served the Annexed: **NOTICE TO DEFENDANT, SUMMONS AND COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES OF THE DISTRICT JUDGE, INDIVIDUAL PRACTICES OF THE MAGISTRATE JUDGE, ELECTRONIC CASE FILING INSTRUCTIONS, PROCEDURES AND GUIDELINES**

Upon: **SONIA OTERO**

### PERSONAL SERVICE ON AN INDIVIDUAL
An individual, by delivering thereat a true copy to **SONIA OTERO** personally; deponent knew the said individual to be the witness thereof

### DESCRIPTION - Deponent describes the individual served or spoken to as follows:
Sex: FEMALE Color: BROWN Hair: BLACK App. Age: 49 App. Ht: 5'3" App. Wt. 150
Other identifying features: GLASSES

Sworn to before me this
10TH day of NOVEMBER 2004

JOLANTYNA CAGNEY 116-9105

COST OF SVC: $65.00

PATRICIA M. FALCONE
Notary Public State of New York
No. 01FA-4950056
Qualified in Kings County
Term Expires April 24, 2007

AO 440 (Rev. 10/93) Summons in a Civil Action – SDNY WEB 4/99

**04 CV 8472**

# United States District Court
### SOUTHERN DISTRICT OF NEW YORK

## SUMMONS IN A CIVIL CASE

FONOVISA, INC., a California corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,

CASE NUMBER:

V.

SONIA OTERO

TO:

SONIA OTERO
1 Marblehill Avenue
Apt. 4G, 4th Floor
Bronx, NY 10463

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

J. Christopher Jensen (JJ-1864)
Jason D. Sanders (JS-2219)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036-6799
Phone: (212) 790-9200
Fax: (212) 575-0671

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                    OCT 2 8 2004

CLERK                                                    DATE

(BY) DEPUTY CLERK