UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
FONOVISA, INC., et al.,                            :
                                Plaintiffs,    :
                                                Index No. 04CV8472 (RCC)
      -against-                             :
SONIA OTERO,                                       :
                                Defendant.     :
-------------------------------------------------------------- x

## NOTICE OF DEFENDANT'S BANKRUPTCY AND RESULTING AUTOMATIC STAY

Plaintiffs, by counsel, hereby give notice that on December 9, 2004, Defendant filed a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. (A copy of the Notice of Chapter 7 Bankruptcy Case is attached as Exhibit A.)

Pursuant to 11 U.S.C. § 362(a), the Voluntary Petition operates as an automatic stay, applicable to all entities, of

> (1) the commencement or continuation, including the issuance or employment of process of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title or to recover a claim against the debtor that arose before the commencement of the case under this title....

25369/115/693453.2

Accordingly, effective December 9, 2004, this action was subject to an automatic stay and continues to be subject to an automatic stay.

Dated: New York, New York
       February 10, 2005

                              Respectfully submitted,

                              COWAN, LIEBOWITZ & LATMAN, P.C.
                              Attorneys for Plaintiffs

                              By: s/ J. Christopher Jensen
                                  J. Christopher Jensen (JJ-1864)
                                  Jason D. Sanders (JS-2219)
                                  1133 Avenue of the Americas
                                  New York, New York 10036-6799
                                  Phone: (212) 790-9200
                                  Fax: (212) 575-0671

25369/115/693453.2