UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
**FONOVISA, INC., et al.,**

        Plaintiffs

        -against-

**SONIA OTERO,**

        Defendant.
------------------------------------------------------------x

04 CV 8472 (RCC)
**ORDER**

**RICHARD CONWAY CASEY, United States District Judge:**

The Court having been advised that the defendant has filed for Bankruptcy, it is

**ORDERED**, that this case be placed on the Court's suspense docket. Counsel for the plaintiffs shall notify the Court when the automatic stay is lifted. The conference currently scheduled for February 25, 2005 in this matter is adjourned <u>sine die</u>. Counsel for the plaintiffs shall provide a copy of this Order to the defendant.

**So Ordered: New York, New York**
        **February 14, 2005**

_____
Richard Conway Casey, U.S.D.J.